No. 57927.—The Wing On Co. and W. J. Byrnes & Co. of N. Y., Inc. v. United States, protests 153327–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

No. 57928.—Chekiang Co. and Hensel Bruckmann & Lorbacher, Inc., et al. v. United States, protests 156193–K (A), etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

No. 57929.—The Fan Co. and National Carloading Corp. et al. v. United States, protests 178386–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

No. 57930.—China Pottery Co. v. United States, protest 208011–K (New York).